

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00272-CV

Rebecca **FLORES** and Juan Flores,
Appellants

v.

**SAN ANTONIO KITCHEN & BATH, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV03517
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR
WANT OF PROSECUTION.  Costs of this appeal are assessed against appellants.

SIGNED November 30, 2022.

_____
Lori I. Valenzuela, Justice